IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

VERLON JENKINS                                                                                      PLAINTIFF

V.                                         NO.  3:07cv00031 JWC

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                                         DEFENDANT

## JUDGMENT

Pursuant to the Memorandum Opinion and Order filed this date, judgment is entered affirming the final decision of the Commissioner and dismissing Plaintiff's case, with prejudice; the relief sought is denied.

IT IS SO ORDERED this 20th day of March, 2008.

_____
UNITED STATES MAGISTRATE JUDGE